IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON LEE JACKSON,<br><br>            Petitioner,<br><br>    v.<br><br>DARYL G. ADAMS, Warden,<br><br>            Respondent.<br>_____/ | No. C 08-5057 WHA (PR)<br>No. C 09-1425 WHA (PR)<br><br>**ORDER DENYING MOTION TO ABANDON CASE NO. C 08-5057 WHA (PR); DENYING MOTION TO CONTINUE CASE NO. C 09-1425 WHA (PR)**<br><br>(Docket Nos. 8, 10) |

Petitioner is a state prisoner proceeding pro se who filed two habeas petitions. He has a motion "for abandenment (sic)" of the petition in case number C 08-5057 WHA (PR), and to proceed instead with the petition in case number C 09-1425 WHA (PR). Case number C 09-1425 WHA (PR) was dismissed pursuant to 28 U.S.C. 2244(b)(3)(A). Petitioner may not proceed with the petition in case number C 09-1425 WHA (PR) for the reasons described in the order of dismissal. Accordingly, his motion to "abandon" the petition in case number C 08-5057 WHA (PR) (docket number 10) and his motion to "continue" the petition in case number C 09-1425 WHA (PR) (docket number 8) are **DENIED.** If petitioner still wishes to voluntarily dismiss case number C 08-5057 WHA (PR), he may do so by filing a motion for voluntary dismissal in that case. He will not, however, be allowed to proceed with case number C 09-1425 WHA (PR).

**IT IS SO ORDERED.**

Dated: December   1   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\JACKSON5057.MOT.wpd