IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON LEE JACKSON, | No. C 08-5057 WHA (PR) |
| Petitioner, | **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |
| v. | |
| DARYL G. ADAMS, Warden, | (Docket No. 12) |
| Respondent. | |

Good cause appearing, petitioner's request to voluntarily "abandon" this case (docket number 12) is **GRANTED**, and the case is **DISMISSED**. *See* Fed. R. Civ P. 41(a)(2) (after service of an answer, plaintiff must obtain court approval to voluntarily dismiss).

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January___8___, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\JACKSON5057.VOL-DSM.wpd